**M. L. DRANE, Appellant,**

v.

**Jonell WELLS, Appellee.**

Court of Appeals of Kentucky.

Dec. 5, 1957.

Terry L. Hatchett, Shelley T. Riherd, Glasgow, for appellant.

Philip Wilson, Glasgow, for appellee.

PER CURIAM.

The appellee was awarded a judgment for $275 on a jury verdict for damages grow-

ing out of a collision of her car with that of the appellant. We think the case was one for the jury and that no error prejudicial to appellant's substantial rights occurred on the trial.

The motion for an appeal is overruled and the judgment is affirmed.